# EXHIBIT A



**fbcs**
consumer contact solutions

Return Mail Processing Center
P.O. Box 6336
Portland, OR 97228-6336

*400742440060333575*
000 0002443 00000000 0001 0002 01222 INS: 0 0

REBECCA PICKERING

313
81222

June 19, 2024

**Notice of Data Event**

Dear Rebecca Pickering:

Financial Business and Consumer Solutions, Inc. ("FBCS") is a debt collection agency, providing services to Envision Healthcare Operating Inc.. FBCS is writing on behalf of Envision Healthcare Operating Inc. to notify you of an incident that affects the privacy of some of your information. This letter provides details of the incident and the resources available to you to help protect your information should you feel it is appropriate to do so.

**What Happened?** On February 26, 2024, FBCS discovered unauthorized access to certain systems in its network. This incident did not impact computer systems outside of FBCS's network, including any systems belonging to Envision Healthcare Operating Inc.. We immediately took steps to secure the impacted environment and launched an investigation with the assistance of third-party computer forensics specialists to determine the full nature and scope of the incident. The investigation determined that the environment was subject to unauthorized access between February 14, 2024 and February 26, 2024, and the unauthorized actor had the ability to view or acquire certain information on the FBCS network during the period of access. Therefore, FBCS undertook a comprehensive review of the data at risk to assess if any sensitive information could be affected and to whom it related, and on April 1, 2024 we determined that your information may have been impacted. We are notifying you because certain information related to you may have been accessed or exfiltrated during the incident. This notification was not delayed as a result of a law enforcement investigation.

**What Information Was Involved?** The types of information potentially affected by this incident may include your name, date of birth, Social Security number, and contact information, such as your address. In some instances, health information may have also been involved. FBCS has no indication that your information has been misused in relation to this event.

**What We Are Doing.** Upon discovering this incident, we immediately took steps to conduct a diligent investigation to confirm the nature and scope of the incident. As part of FBCS's ongoing commitment to the security of information on our platform, we also implemented additional safeguards in a newly built environment. As an added precaution, we are offering you access to complimentary credit monitoring and identity restoration services for 12 months through CyEx. Please review the attached *Steps You Can Take to Help Protect Your Personal Information* for instructions regarding how to enroll and for additional information regarding these services. Please note you will need to enroll yourself in these services if you wish to do so, as we are not able to activate the services on your behalf.

**What You Can Do.** You can review the enclosed *Steps You Can Take to Help Protect Your Personal Information*. In addition, we encourage you to remain vigilant against incidents of identity theft and fraud, to monitor your account statements to detect errors, and to review your credit reports for suspicious activity. We also encourage you to enroll in the complimentary credit monitoring services we are offering you.

**For More Information.** We understand you may have questions about the incident that are not addressed in this letter. If you have questions, please call 888-984-6614 between 9:00 AM and 9:00 PM ET Monday through Friday excluding major U.S. holidays. Additionally, you can write to us at 330 S. Warminster Road, Suite 353, Hatboro, PA 19040.

Sincerely,

Financial Business and Consumer Solutions, Inc.

*REBECCA'S CAMERA*
*June 26, 2024 6:33 PM*

AK2311 v.03

